UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: RAYMOND KENNEY

Case No.: 17-26159
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __October 31, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3 D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in 1073 Cranbrook Road, Union, New Jersey 07083.<br>Market Value is $269,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Shellpoint Mortgage Servicing on which there is due approximately $263,000.00. |
|---|---|

| Amount of equity claimed as exempt: | No Equity |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-26159-JKS
Raymond Kenney                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Sep 25, 2017
                              Form ID: pdf905          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db              Raymond Kenney,    1073 Cranbrook Rd,    Union, NJ 07083-6328
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +East Orange VAH Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,   Red Bank, NJ 07701-0610,    UNITED STATES 07701-2009
cr             +Lincoln Automotive Financial Services,    PO Box 62180,    Colorado Springs, CO 80962-2180
516993847     #+Bank Of America,   Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516993848      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516993849      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516993850      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516993852      +East Orange Veteran's Fcu,    385 Tremont Ave,    East Orange, NJ 07018-1023
516993845      +Ford Motor Credit,    PO Box 790119,   Saint Louis, MO 63179-0119
516995093      +KML Law Group,PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
516993846      +Shellpoint Mortgage Servicing,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 22:10:27     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 22:10:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516993851      +E-mail/Text: mrdiscen@discover.com Sep 25 2017 22:10:17     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516993853      +E-mail/PDF: cbp@onemainfinancial.com Sep 25 2017 22:11:34     Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,   Irving, TX 75039-3198
516995952      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2017 22:11:34     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516993854      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2017 22:11:27     Synchrony Bank/ JC Penneys,
                 Po Box 965064,   Orlando, FL 32896-5064
516993855      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2017 22:11:27     Synchrony Bank/Walmart,
                 Po Box 965064,   Orlando, FL 32896-5064
                                                                                             TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC dba Shellpoint Mortgage
           Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Raymond   Kenney him@lawmarcus.com
          John Sywilok    sywilokattorney@sywilok.com,   nj26@ecfcbis.com
          John R. Morton, Jr.    on behalf of Creditor    Lincoln Automotive Financial Services
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 25, 2017
                               Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Michael R. DuPont    on behalf of Creditor    East Orange VAH Federal Credit Union
            dupont@redbanklaw.com,  dana@redbanklaw.com
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                        TOTAL: 7