| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>New Penn Financial LLC dba Shellpoint Mortgage Servicing | Order Filed on September 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br>　　　Kenney, Raymond | Case No:　17-26159 JKS<br><br>Hearing Date: 09/26/2017<br><br>Judge:　John K. Sherwood |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 28, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>New Penn Financial LLC dba Shellpoint Mortgage Servicing</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as, 1073 Cranbrook Road , Union NJ 07083**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-26159-JKS
Raymond Kenney                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Sep 28, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
db            Raymond Kenney,   1073 Cranbrook Rd,    Union, NJ  07083-6328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   New Penn Financial LLC dba Shellpoint Mortgage
           Servicing dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Harvey I. Marcus   on behalf of Debtor Raymond  Kenney him@lawmarcus.com
          John Sywilok    sywilokattorney@sywilok.com,  nj26@ecfcbis.com
          John R. Morton, Jr.   on behalf of Creditor    Lincoln Automotive Financial Services
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Michael R. DuPont   on behalf of Creditor    East Orange VAH Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```