**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond Kenney<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2202<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26159–JKS | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymond Kenney

11/9/17                                                    **By the court:**   John K. Sherwood
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-26159-JKS
Raymond Kenney                                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Nov 09, 2017
                               Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db             Raymond Kenney,    1073 Cranbrook Rd,    Union, NJ  07083-6328
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
cr            +East Orange VAH Federal Credit Union,    McKenna, DuPont, Higgins & Stone,   PO Box 610,
                229 Broad Street,    Red Bank, NJ  07701-0610,    UNITED STATES 07701-2009
516993850     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516993852     +East Orange Veteran's Fcu,    385 Tremont Ave,   East Orange, NJ 07018-1023
516995093     +KML Law Group,PC,    216 Haddon Ave, Ste 406,   Westmont, NJ 08108-2812
516993846     +Shellpoint Mortgage Servicing,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 23:05:37     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 23:05:34     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: FORD.COM Nov 09 2017 22:48:00     Lincoln Automotive Financial Services,   PO Box 62180,
                Colorado Springs, CO 80962-2180
516993847     +EDI: BANKAMER.COM Nov 09 2017 22:48:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                Greensboro, NC 27420-6012
516993848     +EDI: CAPITALONE.COM Nov 09 2017 22:48:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
516993849     +EDI: CHASE.COM Nov 09 2017 22:48:00     Chase Card Services,   Attn: Correspondence Dept,
                Po Box 15298,   Wilmington, DE 19850-5298
516993851     +EDI: DISCOVER.COM Nov 09 2017 22:48:00     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
516993845     +EDI: FORD.COM Nov 09 2017 22:48:00     Ford Motor Credit,   PO Box 790119,
                Saint Louis, MO 63179-0119
516993853     +EDI: AGFINANCE.COM Nov 09 2017 22:48:00     Onemain Financial/Citifinancial,
                6801 Colwell Blvd,   Ntsb-2320,   Irving, TX 75039-3198
516995952     +EDI: RMSC.COM Nov 09 2017 22:48:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516993854     +EDI: RMSC.COM Nov 09 2017 22:48:00     Synchrony Bank/ JC Penneys,   Po Box 965064,
                Orlando, FL 32896-5064
516993855     +EDI: RMSC.COM Nov 09 2017 22:48:00     Synchrony Bank/Walmart,   Po Box 965064,
                Orlando, FL 32896-5064
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC dba Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Raymond  Kenney him@lawmarcus.com
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor   Lincoln Automotive Financial Services
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Nov 09, 2017
                               Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael R. DuPont    on behalf of Creditor    East Orange VAH Federal Credit Union
           dupont@redbanklaw.com, dana@redbanklaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 7